**SEALED**

U.S. Department of Justice
United States Attorney

**FILED**

2017 MAY 17 PM 4:18

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

# United States District Court
# Western District of Texas

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) SA17CR0391 XR |
| VICTOR GARCIA, AKA CAFÉ, | ) |
| AKA PELON, AKA BF (2) | ) |

## ORDER FOR BENCH WARRANT

It appearing to the Court than an Indictment has been returned against the below named defendant, it is hereby ORDERED that warrant issue for the arrest of said defendant, returnable instanter to the San Antonio Division of this Court.

### Defendant

VICTOR GARCIA, AKA CAFÉ, AKA PELON, AKA BF

ENTERED at San Antonio, Texas, this 17th day of May, 2017.

_____
UNITED STATES MAGISTRATE/~~DISTRICT~~ JUDGE

If the Defendant is arrested outside the Western District of Texas, the United States Attorney for the Western District of Texas recommends that Defendant **VICTOR GARCIA, AKA CAFÉ, AKA PELON, AKA BF** be detained without bond.