AO 442 (Rev. 11/11) Arrest Warrant



# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| VICTOR GARCIA | ) | Case No. SA-17-CR-391-XR-(2) |
| a/k/a CAFE, PELON, BF | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     VICTOR GARCIA a/k/a CAFE, PELON, BF                                      ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint

☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:

18:1951 - Conspiracy to Interfere with Commerce by threats or violence; 21:846,841(a)(1)&(b)(1)(B)-Conspiracy to distribute a Controlled Substance; 21:841(a)(1)&841(b)(1)(B) and 18:2 - Aiding and Abetting the possesion with intent to distribute a controlled substance which offense involved 50 grams or more of a mixture or substance containing a detectable amount of Methamphetamine; 18:924(c)(1)(A)(iii)- Using, Carrying and Discharging Firearms during and in relation to a drug trafficking crime.

Date:     05/18/2017

*Issuing officer's signature*

City and state:     SAN ANTONIO, TEXAS

Monica Granados-Ramos, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date:  _____
                                                             *Arresting officer's signature*

                                                             *Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____    Weight: _____

Sex: _____    Race: _____

Hair: _____    Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____